UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | |
| | ) | Electronically Filed |
| Plaintiff, | ) | |
| | ) | Civil Case No. 09 CV 743 |
| v. | ) | Judge Virginia M. Kendall |
| | ) | Magistrate Judge Geraldine Soat Brown |
| WACHOVIA SECURITIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF FINAL JUDGMENT AS TO
DEFENDANT WACHOVIA SECURITIES, LLC**

Plaintiff Securities and Exchange Commission (the "Commission") respectfully moves this Court to enter the proposed Judgment as to Defendant Wachovia Securities, LLC (the "Proposed Order"), attached hereto as Exhibit A.

In support of this Motion, the Commission states that:

1.      Defendant has consented to the Court's jurisdiction over it and the subject matter of this action and consented to entry of the Proposed Order.  The Consent is attached hereto as Exhibit B.

2.      The Proposed Order would permanently enjoin the Defendant from violating Section 15(c)(1) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78o(c)(1)].

3.      The Proposed Order provides that upon motion by the Commission, the Court shall determine whether it is appropriate to order Defendant to pay a civil penalty pursuant to Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)].

WHEREFORE, the Securities and Exchange Commission respectfully moves this Court

for entry of the Proposed Order.

Respectfully submitted,


February 6, 2009                    /s/ Margaret Gembala Nelson
                                    Margaret Gembala Nelson, Illinois Bar No. 6269798
                                    nelsonm@sec.gov
                                    Ruta G. Dudenas, Illinois Bar No. 6274848
                                    dudenasr@sec.gov
                                    Thomas J. Meier, Illinois Bar No. 6225621
                                    meiert@sec.gov

                                    Attorneys for Plaintiff
                                    U.S. Securities and Exchange Commission
                                    175 W. Jackson Boulevard, Suite 900
                                    Chicago, Illinois 60604-2615
                                    Phone: 312.353.7390
                                    Fax: 312.353.7398